**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1401**

MARY ANN TEASLEY,

             Plaintiff - Appellant,

        v.

PATRICK R. DONAHOE, Postmaster General United States Postal
Service (Capital Metro Area) Agency,

             Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Anthony John Trenga,
District Judge. (1:11-cv-00196-AJT-JFA)

Submitted: July 28, 2011          Decided:  August 1, 2011

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mary Ann Teasley, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mary Ann Teasley appeals the district court's order dismissing her complaint filed pursuant to the Civil Rights Act of 1964, as amended. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Teasley v. Donahoe, No. 1:11-cv-00196-AJT-JFA (E.D. Va. Mar. 21, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED